J-S04027-16

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| MARY ANN FERRIS, NOW MARY ANN PETRI, | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| Appellant | : | |
| | : | |
| v. | : | |
| | : | |
| RALPH A. FERRIS, | : | |
| | : | |
| Appellee | : | No. 514 WDA 2015 |

Appeal from the Order Entered March 2, 2015,
in the Court of Common Pleas of Erie County,
Civil Division at No(s): 12741-2004

BEFORE:    BOWES, OLSON, and STRASSBURGER, JJ.*

CONCURRING STATEMENT BY: STRASSBURGER, J.: **FILED MARCH 1, 2016**

I agree with Majority memorandum.

The facts of this matter suggest that Wife may have a pension or 401k that was also excluded from the marital settlement agreement.  Accordingly, the existence and value of that asset should also be ascertained upon remand.

*Retired Senior Judge assigned to the Superior Court.